# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MADHVI ANANTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| ARLINGTON COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant, Arlington County, by counsel, hereby removes this action from the Circuit Court of Arlington County where the matter is styled *Madhavi Ananth v. Arlington County, Diamond Transportation Services, Inc., and Transportation, Inc. d/b/a Red Top Cab and Red Top Cab of Arlington,* Case No. CL18-1143, to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. In support thereof, the defendant states the following:

1. On April 17, 2018, the above-referenced case was filed in the Circuit Court of Arlington County, Virginia.

2. The defendant was served with the original Complaint on April 24, 2018, a copy of the Complaint and original summons is attached hereto as Exhibit A.

3. The United States District Court for the Eastern District of Virginia, Alexandria Division, is the district and division in the Commonwealth of Virginia where the state action is pending.

4. In her Complaint, the plaintiff alleges discrimination and retaliation in violation of Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131, *et seq,;* the Virginians with Disabilities Act, Va. Code §§ 51.5-44, *et seq.;* and Section 504 of the Rehabilitation Act, 29 U.S.C. §§ 794, *et seq.*

5. The United States District Court for the Eastern District of Virginia, Alexandria Division, has jurisdiction over the federal law claims made in Counts I, II, IV and V by virtue of 28 U.S.C. § 1331.

6. Pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon such defendant" are attached to this Notice, and by reference made a part hereof. Exhibit A.

7. This Notice is timely pursuant to 28 U.S.C. § 1446(b)(1) and is filed within thirty (30) days of the initial service of process in this matter.

8. Pursuant to 28 U.S.C. § 1446(a)(2)(A) counsel for this defendant has conferred with the registered agent and counsel for co-defendant Transportation, Inc. d/b/a Red Top Cab and Red Top Cab of Arlington, Ralph E. Kipp, 10615 Judicial Drive, Suite 501, Fairfax, Virginia 22030; and counsel for co-defendant Diamond Transportation Services, Inc., Nat P. Calamis, CarrMaloney PC, 2020 K Street, N.W., Washington, D.C. 20006; and confirmed that both co-defendants agree to removal of this action to the Eastern District of Virginia, Alexandria Division..

9. A jury trial has been demanded by the plaintiff in this matter.

10. Written notice of the filing of this Notice of Removal is being promptly given to the adverse party, by counsel, and to the Clerk of the Circuit Court of Arlington County, Virginia as required by 28 U.S.C. § 1446(a). See Exhibit B.

WHEREFORE, defendant Arlington County, by counsel, hereby requests that the United States District Court for the Eastern District of Virginia, Alexandria Division, assume jurisdiction over this matter and make such other orders as are necessary and proper to determine this controversy.

Respectfully submitted,

**ARLINGTON COUNTY**

By Counsel

_____/s/_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
Andrew R. Alder, VSB No. 86116
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile
jjudkins@bmhjlaw.com
*Counsel for Defendant Arlington County*

_____*/s/*_____
MinhChau N. Corr, VSB No. 78877
Deputy county Attorney
Arlington County
One Courthouse Plaza
2100 Clarendon Blvd., Suite 403
Arlington, Virginia 22201
(703) 228-3102 Telephone
(703) 228-7106 Facsimile
mcom@arlingtonva.us
*Counsel for Defendant Arlington County*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2018, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) and delivered copies via fax and mail to the following:

      Dirk McClanahan, Esquire, VSB No. 81208
      Zach Miller, Esquire, VSB No. 85860
      McClanahanPowers, PLLC
      8133 Leesburg Pike, Suite 130
      Vienna, VA 22182
      (703) 520-1326 (Telephone)
      (703) 828-0205 (Facsimile)
      dmcclanahan@mcplegal.com
      Zmiller@mcplegal.com
      *Counsel for Plaintiff*

and faxed and mailed copies to:

      Ralph E. Kipp, Esquire
      Law Offices of Ralph E. Kipp, LLC
      10615 Judicial Drive, Suite 501
      Fairfax, VA 22030
      (703) 352-5226 (Facsimile)
      *Registered Agent and Counsel for Defendant Transportation Inc. d/b/a Red Top Cab and Red Top Cab of Arlington*

      Nat P. Calamis, VSB No. 90390
      CarrMaloney, PC
      2020 K Street, N.W.
      Washington, D.C. 20006
      (202) 310-5555 (Facsimile)
      *Counsel for Diamond Transportation Services, Inc.*

                      /s/
                Julia B. Judkins, VSB No. 22597
                BANCROFT, McGAVIN, HORVATH
                   & JUDKINS, P.C.
                9990 Fairfax Boulevard, Suite 400
                Fairfax, Virginia 22030
                (703) 385-1000 (Telephone)
                (703) 385-1555 (Facsimile)
                jjudkins@bmhjlaw.com
                *Counsel for Defendant Arlington County*