EXHIBIT D

VIRGINIA:

IN THE CIRCUIT COURT OF ARLINGTON COUNTY

MADHAVI ANANTH, )
                                        )
     Plaintiff, )
                                        )
v. ) CL18-1143
ARLINGTON COUNTY, et al., )
                                        )
     Defendants. )

### DEFENDANT'S NOTICE OF FILING OF
### NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT

TO:    THE HONORABLE PAUL FERGUSON
         CLERK OF THE CIRCUIT COURT OF ARLINGTON COUNTY
         1425 North Courthouse Road
         Arlington, VA

TO:    Dirk McClanahan, Esquire, VSB No. 81208
         Zach Miller, Esquire, VSB No. 85860
         McClanahanPowers, PLLC
         8133 Leesburg Pike, Suite 130
         Vienna, VA 22182
         703- 520-1326 (telephone)
         dmcclanahan@mcplegal.com
         Zmiller@mcplegal.com
         *Counsel for Plaintiff*

PLEASE TAKE NOTICE that on May 15, 2018, defendant Arlington County, by counsel, filed its Notice of Removal of this case to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. A copy of the Notice of Removal is attached. You are hereby advised that the defendant, upon filing the Notice of Removal in the Clerk's Office of the United States District Court for the Eastern District of Virginia, Alexandria Division, also caused to be filed copy hereof with the Clerk of the Circuit Court of Arlington County, Virginia. Pursuant to 28 U.S.C. § 1446(d), the filing of such notice "effect[s] removal and the State court shall proceed no further unless and until the case is remanded."

ARLINGTON COUNTY

By Counsel

_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
Andrew R. Alder, VSB No. 86116
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile
jjudkins@bmhjlaw.com
*Counsel for Defendant Arlington County*

_____
MinhChau N. Corr, VSB No. 78877
Deputy county Attorney
Arlington County
One Courthouse Plaza
2100 Clarendon Blvd., Suite 403
Arlington, Virginia 22201
(703) 228-3102 Telephone
(703) 228-7106 Facsimile
mcom@arlingtonva.us
*Counsel for Defendant Arlington County*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Removal was faxed and mailed on this 15th day of May, 2018, to:

> Dirk McClanahan, Esquire, VSB No. 81208
> Zach Miller, Esquire, VSB No. 85860
> McClanahanPowers, PLLC
> 8133 Leesburg Pike, Suite 130
> Vienna, VA 22182
> (703) 520-1326 (Telephone)
> (703) 828-0205 (Facsimile)
> dmcclanahan@mcplegal.com
> Zmiller@mcplegal.com
> *Counsel for Plaintiff*
>
> Ralph E. Kipp, Esquire
> Law Offices of Ralph E. Kipp, LLC
> 10615 Judicial Drive, Suite 501
> Fairfax, VA 22030
> (703) 352-5226 (Facsimile)
> *Registered Agent and Counsel for Defendant Transportation Inc.*
> *d/b/a Red Top Cab and Red Top Cab of Arlington*
>
> Nat P. Calamis, VSB No. 90390
> CarrMaloney, PC
> 2020 K Street, N.W.
> Washington, D.C. 20006
> (202) 310-5555  (Facsimile)
> *Counsel for Diamond Transportation Services, Inc.*

Julia B. Judkins, VSB No. 22597
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 (Telephone)
(703) 385-1555 (Facsimile)
jjudkins@bmhjlaw.com
*Counsel for Defendant Arlington County*

3