LAW OFFICES
## BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 FAIRFAX BOULEVARD, SUITE 400
FAIRFAX, VIRGINIA 22030

STEVEN W. BANCROFT
JOHN D. McGAVIN*+
JULIA B. JUDKINS
MELISSA HOGUE KATZ*
DAWN E. BOYCE*+
HEATHER K. BARDOT+
MICHAEL E. THORSEN+
NICHOLAS J. LAWRENCE
MARTIN SCHUBERT*

(703) 385-1000
(703) 385-1555 (FAX)
www.bmhjlaw.com

May 22, 2018

MATTHEW A. ROBERSON*
ANNA G. GILLESPIE*
ANDREW R. ALDER
ALEXANDRA J. SIPES
COLEY R. MYERS, III*
EMILY K. BLAKE+

OF COUNSEL
ARA L. TRAMBLIAN
STEPHEN A. HORVATH*

*ALSO ADMITTED IN DC
+ALSO ADMITTED IN MD

**_VIA CM/ECF System_**
The Honorable Fernando Galindo
Office of the Clerk of Court, Civil Division
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *Madhavi Ananth v. Arlington County, et. al.*
       U.S. District Court for the Eastern District of Virginia, 1:18-cv-1143

Dear Mr. Galindo:

The following documents were filed electronically: Defendant Arlington County's Answer, Motion to Dismiss Counts VI and VII, Memorandum in Support of Motion to Dismiss Counts VI and VII, and Proposed Order. Two additional defendants will be making appearance in the case and very likely moving to dismiss these Counts. I intend to notice the motion for hearing as soon as coordination of available hearing date can be had between all counsel and within the time period prescribed by Local Rules.

Sincerely,

Julia B. Judkins

JBJ/mdm
Enclosures

cc:   Dirk McClanahan, Esquire
      Ralph E. Kipp, Esquire
      Nat P. Calamis, Esquire
      MinhChau N. Corr, Esquire
      Ryan C. Samuel, Esquire